**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-0230-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6.    KHARI SMITH**

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure (ECF No. 145). The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

On December 30, 2014 the United States and Defendant Khari Smith entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (ECF No. 142).

THAT the requisite nexus exists between the $1,300.00 in United States currency and the crimes Defendant Khari Smith pleaded guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

It is hereby ORDERED

THAT Defendant's interest in the $1,300.00 in United States currency is forfeited to the Untied States in accordance with 21 U.S.C. 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence an included in the judgment.

THAT the United States or the designated sub-custodian is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 12th day of January, 2015.

BY THE COURT:

William J. Martinez
United States District Judge