**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-00230-WJM-06

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**6.    KHARI SMITH**,

        Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. §§ 846, 841, and 843, as set forth in the Indictment returned on June 4, 2014;

THAT a Preliminary Order of Forfeiture was entered on January 12, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on March 14, 2015;

THAT, as of April 25, 2016, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $1,300.00 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $1,300.00 in United States currency and may dispose of it in accordance with law.

Dated this 27th day of April, 2016.

BY THE COURT:

William J. Martínez
United States District Judge